# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
### (Orlando Division)

| | |
|---|---|
| **In re:** | **Case No.: 6:20-BK-03540** |
| **BAO T. NGUYEN** | **Chapter 7** |
| _____ | |
| **EREP ALAFAYA SQUARE I, LLC,** | **ADV. CASE NO.: 6:20-ap-00092-KSJ** |
| Plaintiff, | |
| vs. | |
| **BAO NGUYEN,** | |
| Defendant. | |
| _____/ | |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY that** true and correct copies of the following:

1. Complaint with Exhibit A (Judgment) (DE 1 served via CM/ECF on September 28, 2020);
2. Summons in Adversary (DE 4 served by CM/ECF on September 29, 2020);
3. Notice of Pretrial Hearing (DE 4 served by CM/ECF on September 29, 2020);
4. Rule 7001-1 (DE 4 served by CM/ECF on September 29, 2020),

were served via CM/ECF notices of transmission of electronic notices to all persons registered to receive electronic notices in this case on the above reference dates, were further served by email to Debtor's counsel Jennifer L. Morando, Esq., (Jennifer@morandolegal.com) MORANDO LEGAL, PLLC, PO Box 568823, Orlando, FL., 32856, and by first class mail to Bao Nguyen, 10950 Citron Oaks Drive, Orlando, Fl., 32836, this 5th day of October, 2020.

1

MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.
1200 Weston Road, PH, Weston Fl., 33326
Tel: (954) 335-1010 / Fax: (954) 335-1017

        MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.
        1200 Weston Road, PH
        Weston, FL   33326
        Tel.: (954) 335-1010 / Fax: (954) 335-1017
        jwebb@mitrani.com
        mmorhaim@mitrani.com

By:  /s/ James J. Webb
       James J. Webb, Esquire
       Fla. Bar No.: 0080993

2

MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.
1200 Weston Road, PH, Weston Fl., 33326
Tel: (954) 335-1010 / Fax: (954) 335-1017